**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  26-80012-CR-DMM**

**UNITED STATES OF AMERICA**

**vs.**

**ARTEM KASHPUR,**

     **Defendant.**

                                    /

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

The United States of America, by and through the undersigned counsel, respectfully moves this Court to depart downward from the applicable advisory guideline range of defendant Artem Kashpur ("Defendant") pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553. In support, the Government states as follows:

1.      On February 26, 2026, the Defendant pleaded guilty to Count One of the Information charging him with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

2.      The Defendant has provided the Government with substantial assistance, which will be described at his sentencing hearing, presently scheduled for May 20, 2026.

3.      As a result of the Defendant's substantial assistance, the United States recommends a thirty percent (30%) reduction to his advisory guideline sentence.

4.      Pursuant to the plea agreement filed in this case as well as the Guidelines sentencing range calculated within the Presentence Investigation Report, the Defendant's Guidelines sentencing range is 57-71 months. A thirty percent (30%) reduction would result in a Guidelines sentencing range of approximately 40-50 months.

5.       The undersigned counsel has conferred with counsel for the Defendant, who does

not oppose this motion but reserves the right to request a greater reduction in sentence.

Dated: May 18, 2026                Respectfully submitted,

                                   JASON A. REDING QUIÑONES
                                   UNITED STATES ATTORNEY

                                   LORINDA I. LARYEA, CHIEF
                                   U.S. DEPARTMENT OF JUSTICE
                                   CRIMINAL DIVISION, FRAUD SECTION

                                   By:       /s/ *Sara E. Porter*
                                             Sara E. Porter
                                             FL Special Bar No. A5502540
                                             Trial Attorney
                                             United States Department of Justice
                                             Criminal Division, Fraud Section
                                             1400 New York Avenue NW
                                             Washington, D.C. 20005
                                             (202) 257-6778
                                             sara.porter@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2026, I served and filed the forgoing document with the

Clerk of the Court via ECF.

                                   By:       /s/ *Sara E. Porter*